IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

THE ESTATE OF BETTY SUE DUNN GRAY, WILBURN GRAY
as administrator of the ESTATE OF BETTY SUE DUNN GRAY;

WILBURN GRAY, individually and on behalf of all
Wrongful death beneficiaries of BETTY SUE DUNN GRAY;

RONNIE BROWN, individually and on behalf of all
Wrongful death beneficiaries of BETTY SUE DUNN GRAY;

And WILLIAM BROWN, individually and on behalf of all
Wrongful death beneficiaries of BETTY SUE DUNN GRAY           PLAINTIFFS

VS.                                                            CAUSE NO.1:15-CV-17-D-A

SCOTT DALTON, individually and in his official capacity
as officer for the ALCORN COUNTY SHERIFF'S DEPARTMENT,
a political subdivision of ALCORN COUNTY, MISSISSIPPI;

CHARLES RINEHART, in his official capacity as SHERIFF OF
ALCORN COUNTY, MISSISSIPPI, a political subdivision of
ALCORN COUNTY, MISSISSIPPI and as supervisor of
SCOTT DALTON;

ALCORN COUNTY, MISSISSIPPI,
a political subdivision of the STATE OF MISSISSIPPI;

and JOHN DOES 1-10                                             DEFENDANTS
_____

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
_____

**COME NOW,** the Plaintiffs, the Estate of Betty Sue Dunn Gray, Wilburn Gray, as administrator of the Estate of Betty Sue Dunn Gray, Wilburn Gray individually and on behalf of all wrongful death beneficiaries Betty Sue Dunn Gray, Ronnie Brown, individually and on behalf of all wrongful death beneficiaries Betty Sue Dunn Gray, and William Brown, individually and on behalf of all wrongful death beneficiaries of Betty Sue Dunn Gray, by and

through counsel, and files this their Notice of Voluntary Dismissal Without Prejudice as to all Defendants pursuant to Federal Rule of Civil Procedure 41(a).

  **RESPECTFULLY SUBMITTED,** this the 2nd day of March, 2015.

           By:  /s/ Justin S. Cluck                
             JUSTIN S. CLUCK, MSB#100733
             Attorney for the Plaintiffs

SMITH WHALEY, P.L.L.C.
P.O. DRAWER 849
HOLLY SPRINGS, MISSISSIPPI 38635
(662) 252-3003 telephone
(662) 252-3006 facsimile
jcluck@smithwhaley.org email