IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ESTATE OF BETTY SUE DUNN GRAY,
Wilburn Gray as administrator of the Estate
of Betty Sue Dunn Gray; and WILBURN GRAY,
RONNIE BROWN, and WILLIAM BROWN, all
individually and on behalf of all wrongful death
beneficiaries of Betty Sue Dunn Gray                                    PLAINTIFFS

v.                                               CIVIL ACTION NO. 1:15-cv-00017-GHD-SAA

SCOTT DALTON, individually and in his
official capacity as Sheriff of Alcorn County,
Mississippi, a political subdivision of Alcorn
County, Mississippi and as supervisor of Scott
Dalton; ALCORN COUNTY, MISSISSIPPI, a
political subdivision of the State of Mississippi; and
JOHN DOES 1–10                                                          DEFENDANTS

ORDER DENYING
PLAINTIFFS' MOTION TO REOPEN CASE AND CONSOLIDATE CASES

Pursuant to an opinion issued this day, the Court hereby ORDERS that Plaintiffs' motion

to reopen and consolidate cases [17 in 1:15-cv-00017-GHD-SAA] is DENIED.

SO ORDERED, this, the 9th day of June, 2015.

_____
SENIOR U.S. DISTRICT JUDGE